UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARATHON BUSINESS GROUP, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>HENRY INDUSTRIES, INC.,<br><br>        Defendant. | Case No. 20-cv-07799-JSW (AGT)<br><br>**ORDER ON DEFENDANT'S MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 25 |

Because the plaintiff destroyed documents that were relevant to damages, the defendant maintains that monetary sanctions are warranted. On the facts presented, the Court disagrees.

The plaintiff acted negligently by not safeguarding relevant documents after this case began; but this negligence didn't rise to the level of bad faith or conduct tantamount to bad faith. Monetary sanctions are thus not warranted under the Court's inherent authority. *See Leon v. IDX Sys. Corp.*, 464 F.3d 951, 961 (9th Cir. 2006); *Fink v. Gomez*, 239 F.3d 989, 993–94 (9th Cir. 2001).

Nor are monetary sanctions called for under the federal rules, based on the theory that the plaintiff should have provided copies or a description of the destroyed documents with its initial disclosures. The documents were destroyed prior to the initial disclosures, so copies weren't available. And the plaintiff didn't realize that the documents had been destroyed until months after the initial disclosures. *See* Dkt. 26-1, Anwarzai Decl. ¶ 23; Dkt. 25-3, Francis Decl., Ex. U. Given these facts, the Court cannot conclude that the plaintiff "fail[ed] to provide information . . . as required by Rule 26(a)." Fed. R. Civ. P. 37(c)(1). The defendant's motion for sanctions is denied.[1]

**IT IS SO ORDERED.**

Dated: November 2, 2021

                                                ALEX G. TSE
                                                United States Magistrate Judge

---

[1] The defendant also moved for terminating sanctions, or in the alternative, for evidence-preclusion and adverse-inference sanctions. These other requests are now moot, as the plaintiff has agreed to dismiss all claims following a ruling on the defendant's request for monetary sanctions. *See* Dkt. 30, Settlement Agreement ¶¶ 2–3.